COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Terrell William Proctor dba T. W. Proctor and Associates and PRECO v. Quality Signs, Inc.

Appellate case number:   01-15-00861-CV

Trial court case number: 2013-38503

Trial court:             80th District Court of Harris County

The brief of appellee, Quality Signs, Inc., initially was due to be filed in this Court on October 6, 2016. *See* TEX. R. APP. P. 38.6(b). On October 5, 2016, the court granted appellee's motion for an extension of time and extended the time to file the brief to December 5, 2016. *See id.* 38.6(d). Appellee has filed a second motion for an extension, requesting an additional sixty days to file its brief. *But see id.* 10.5(b)(1)(C) (providing motion to extend time must state "the facts relied on to reasonably explain the need for an extension"). The motion is **granted**. **Appellee's brief is due to be filed with this Court no later than February 3, 2017. No further extensions will be granted.**

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date: December 13, 2016